AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Mark Fitzhenry<br>*Plaintiff*<br>v.<br>ISI Alarms NC Inc. d/b/a Security Promotions,<br>W. Jayson Waller, Kevin Klink, Monitronics<br>International, Inc., and John Doe,<br>*Defendants* | Civil Action No.   2:12-cv-3510-CWH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: having adopted the Report and Recommendations of United States Magistrate Judge Bristow Marchant, Plaintiff's complaint is dismissed without prejudice pursuant to Rule 4 (m) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable C. Weston Houck, United States District Judge.

Date:   May 22, 2013                                          *CLERK OF COURT*

                                                              s/ V. Druce
                                                              *Signature of Clerk or Deputy Clerk*